In the Matter of Louis Hugot, Judgment Creditor, v. George E. Harding, Judgment Debtor. In the Matter of the Petition of Jefferson Scales, Appellant;

Arthur H. Yetman, as Receiver of George E. Harding, and Mary E. Jackson, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.